MARCH 24, 1975*

No. 74–977. ROSENTHAL v. BOARD OF EDUCATION OF CENTRAL HIGH SCHOOL DISTRICT No. 3 OF THE TOWN OF HEMPSTEAD ET AL. Affirmed on appeal from D. C. E. D. N. Y.

No. 74–374. TIMES-PICAYUNE PUBLISHING CORP. v. SCHULINGKAMP. Appeal from Sup. Ct. La. dismissed as moot. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 74–919. CROOKSHANKS v. CROOKSHANKS. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.

No. A–687. LOVELACE ET AL. v. DeCHAMPLAIN. Application for further stay of order of United States District Court for the Western District of Missouri, presented to MR. JUSTICE BLACKMUN, and by him referred

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date, with the exception of the following:

No. 74–374, *Times-Picayune Publishing Corp.* v. *Schulingkamp, infra,* this page; No. 74–706, *Pacelli* v. *United States, infra,* p. 995; No. 74–749, *Art Theatre Guild, Inc.* v. *Parrish, infra,* p. 995; No. 74–5499, *Carter* v. *Lee, infra,* p. 995; No. 74–5706, *Orange* v. *North Carolina, infra,* p. 996; No. 74–5741, *Hardwick* v. *Caldwell, infra,* p. 996; No. 74–5810, *May* v. *United States, infra,* p. 996; No. 74–5815, *Murphy* v. *United States, infra,* p. 996; No. 74–5855, *Wright* v. *United States, infra,* p. 997; and No. 74–5942, *Brown* v. *Estelle, infra,* p. 996.